PS 42
(Rev. 7/93)

**United States District Court**

**Eastern District of Arkansas**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 4 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Richard Frazier** | ) | Case No.   0860 4:17CR00324-08 BSM |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Richard Frazier_____ , have discussed with _____Laine Rasmussen_____ , Pretrial Services/

Probation Officer, modifications of my release conditions as follows:

Get medical or psychiatric treatment

I consent to this modification of my release conditions and agree to abide by this modification.

*Richard Frazier* 12/14/17
Signature of Defendant   Date

*Laine Rasmussen* 11/29/2017
Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 12/14/17
Signature of Defense Counsel   Date

The Assistant U.S. Attorney ☑ does ☐ does not concur with this modification.

☑ The above modification of conditions of release is ordered, to be effective on January 24, 2018.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer

1/24/ 2018

Date